UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERNANDEZ,

        Plaintiff,

   v.

UNKNOWN,

        Defendant.

Case No. 20-cv-09306-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, and close the case.

**IT IS SO ORDERED.**

Dated: 3/9/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge